(93 South. 63)
### YATES v. STATE.   (8 Div. 928.)

(Court of Appeals of Alabama.   April 18, 1922.)

Criminal law ⟜1023(11)—Judgment held insufficient to support appeal.

A judgment, setting out the verdict and adjudging that the state recover against defendant, but containing no adjudication of guilt, *held* insufficient to authorize an appeal.

Appeal from Morgan County Court; W. T. Lowe, Judge.

William C. Yates was convicted of violating the prohibition law, and he appeals. Appeal dismissed.

The judgment appealed from contains no adjudication of guilt, but, following the verdict of the jury, it says as follows:

"And the same being considered by the court, it is considered, ordered, and adjudged by the court that the state of Alabama, for the use of Morgan county, have and recover of the defendant."

E. C. Nix, of Albany, for appellant.

Brief of counsel did not reach the Reporter.

[1] Reported in full in the Southern Reporter; reported as a memorandum decision without opinion in the Alabama Reports.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

BRICKEN, P. J. As there is no judgment contained in this record which authorizes an appeal to this court, we are without authority to pass upon the questions raised by the record. Our only prerogative is to dismiss the appeal, which is accordingly done. See W. C. Yates v. State (8 Div. 899), ante, p. 435, 93 South. 62.

Appeal dismissed.

(93 South. 63)
### McGAR v. STATE.   (8 Div. 896.)

(Court of Appeals of Alabama.   April 18, 1922.)

Appeal from Morgan County Court; W. T. Lowe, Judge.

Action by the State against Shi McGar. From a judgment for the State, defendant appeals. Appeal dismissed.

E. C. Nix, of Albany, for appellant.
Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. This appeal is dismissed, on the authority of W. C. Yates v. State, ante, p. 436, 93 South. 62.

(93 South. 63)
### SHERRILL v. STATE.   (8 Div. 923.)

(Court of Appeals of Alabama.   April 11, 1922.)

Appeal from Morgan County Court; W. T. Lowe, Judge.

Action by the State against John R. Sherrill. From a judgment for the State, Sherrill appeals. Appeal dismissed.

Wert & Hutson, of Decatur, for appellant.
Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed, on authority of Yates v. State, ante, p. 436, 8 Div. 928, 93 South. 63.